**Delsita Yvette DAY, Appellant,**

v.

**DEPARTMENT OF VETERANS AFFAIRS; James B. Peake,[1] Secretary, U.S. Department of Veterans Affairs, Appellees.**

No. 06–3972.

United States Court of Appeals, Eighth Circuit.

Submitted: March 21, 2008.

Filed: April 8, 2008.

Delsita Yvette Day, Minneapolis, MN, pro se.

Mary Jo Madigan, U.S. Attorney's Office, Minneapolis, MN, Tim McClain, Department of Veterans Affairs, Washington, DC, for Appellees.

Before MURPHY, COLLOTON, and SHEPHERD, Circuit Judges.

[1.] James B. Peake has been appointed to serve as Secretary of Veterans Affairs, and is substituted as appellee pursuant to Federal Rule of Appellate Procedure 43(c).

[UNPUBLISHED]

PER CURIAM.

Delsita Yvette Day, an African American, appeals the district court's[2] adverse grant of summary judgment in her Title VII action. To the extent Day's brief properly raises issues for our review, *see Slack v. St. Louis County Gov't,* 919 F.2d 98, 99–100 (8th Cir.1990) (per curiam), we find no basis for overturning the district court's well-reasoned decision, *see Fair v. Norris,* 480 F.3d 865, 869 (8th Cir.2007) (standard of review); *Glick v. Henderson,* 855 F.2d 536, 541 (8th Cir.1988) (civil litigant has no constitutional or statutory right to effective assistance of counsel). Accordingly, we affirm. *See* 8th Cir. R. 47B.

[2.] The Honorable Joan N. Ericksen, United States District Judge for the District of Minnesota.